IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00907-ZLW-KMT

GARY H. FUGATE,

     Plaintiff,

v.

KEVIN ESTEP - in his official and individual capacity,
EMILY BOND - in her official and individual capacity,
BRET YOUNGBLOOD - in his official and individual capacity,
REBBECCA ADKINS - in her official and individual capacity, and
STACY SMITH - in her official and individual capacity,

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 8 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants. If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated:  June 18, 2009

BY THE COURT:

_Zita L. Weinshienk_

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-00907-ZLW-KMT

Gary H. Fugate
Prisoner No. 68585
Cheyenne Mountain Re-Entry Center
2925 East Las Vegas Street
Colorado Springs, CO 80906

US Marshal Service
Service Clerk
Service forms for: Kevin Estep, Emily Bond,
Bret Youngblood, Rebbecca Adkins, and Stacy Smith

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Kevin Estep, Emily Bond, Bret Youngblood, Rebbecca Adkins, and Stacy Smith: AMENDED COMPLAINT FILED 5/29/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _6/18/09_ .

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk