IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv-00907-ZLW-KMT

GARY H. FUGATE,

    Plaintiff,

v.

KEVIN ESTEP,
EMILY BOND,
BRET YOUNGBLOOD,
REBBECCA ADKINS, and
STACY SMITH, in their individual and official capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Objection to Plaintiff's September 23, 2009, Answer to Motion to Dismiss" (#36, filed October 9, 2009), converted into a motion to strike (#37), is DENIED. The court notes that neither the Federal Rules of Civil Procedure nor this Court's local rules of procedure provide for the filing of surreply briefs. *See* D.C.COLO.LCivR 7.1C. However, a party may seek leave of court to file a surreply brief. In the interests of justice, the court shall allow Plaintiff's September 23, 2009 "Answer to Motion to Dismiss" (#30) as a surreply brief. Defendants may file a surresponse no later than October 26, 2009. **NO FURTHER BRIEFING WILL BE GRANTED ON THIS MOTION.** In the future, Plaintiff shall file a motion seeking leave of court to file a surreply.

Dated: October 16, 2009